# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | | |
|---|---|---|
| United States of America<br>v.<br>Cortez Weaver | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 19-828-SAG |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __November 2018 through 3/7/2019__ in the county of __Baltimore City__ in the
_____ District of __Maryland__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 846 | Conspiracy to distribute and possess with intent to distribute heroin |
| 18 U.S.C. § 1951(a) | Conpiracy to obstruct, delay, and affect commerce by robbery |

This criminal complaint is based on these facts:
See Affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

FBI SA Francisco M. Rego
*Printed name and title*

Sworn to before me and signed in my presence.

Date: March 8, 2019

_____
Judge's signature

City and state: __Baltimore, Maryland__   Stephanie A. Gallagher, U.S. Magistrate Judge
*Printed name and title*