PJM/CAH: USAO#2018R00195

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. RDB-19-0144 |
| ) | |
| CORTEZ WEAVER, ) | (Conspiracy to Distribute and Possess |
| a/k/a "Corty," ) | with Intent to Distribute Heroin, 21 |
| a/k/a "Tez," ) | U.S.C. § 846; Hobbs Act Conspiracy, 18 |
| ) | U.S.C. § 1951(a); Possession of a |
| JAMAL JACKSON, ) | Firearm in Furtherance of a Drug |
| ) | Trafficking Crime, 18 U.S.C. § 924(c)) |
| KEVIN BROOKS, ) | |
| ) | |
| and ) | |
| ) | |
| JERMAINE SUMPTER, ) | |
| a/k/a "Jug," ) | |
| ) | |
| Defendants. ) | |

## INDICTMENT

### COUNT ONE

1.    The Grand Jury for the District of Maryland charges that:

From at least in or about November 2018 through or about March 7, 2019, in the District of Maryland and elsewhere, the defendants,

**CORTEZ WEAVER, a/k/a "Corty," a/k/a "Tez,"
JAMAL JACKSON,
KEVIN BROOKS, and
JERMAINE SUMPTER, a/k/a "Jug,"**

did knowingly and willfully combine, conspire, confederate, and agree with others known and unknown to the Grand Jury to knowingly and intentionally distribute and possess with intent to distribute a quantity of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of 21 U.S.C. § 841(a)(1).

**Quantity of Controlled Substances Involved in the Conspiracy**

2.  With respect to **CORTEZ WEAVER**, the quantity involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is one kilogram or more of a mixture or substance containing a detectable amount of heroin, in violation of 21 U.S.C. § 841(b)(1)(A).

3.  With respect to **JAMAL JACKSON**, the quantity involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is one kilogram or more of a mixture or substance containing a detectable amount of heroin, in violation of 21 U.S.C. § 841(b)(1)(A).

4.  With respect to **KEVIN BROOKS**, the quantity involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is one kilogram or more of a mixture or substance containing a detectable amount of heroin, in violation of 21 U.S.C. § 841(b)(1)(A).

5.  With respect to **JERMAINE SUMPTER**, the quantity involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is a quantity of a mixture or substance containing a detectable amount of heroin, in violation of 21 U.S.C. § 841(b)(1)(C).

21 U.S.C. § 846

## COUNT TWO

6. The Grand Jury for the District of Maryland charges that:

From in or about November 2018 through on or about March 7, 2019, in the District of Maryland and elsewhere, the defendants,

**CORTEZ WEAVER, a/k/a "Corty," a/k/a "Tez,"
JAMAL JACKSON,
KEVIN BROOKS, and
JERMAINE SUMPTER, a/k/a "Jug,"**

did knowingly and willfully combine, conspire, confederate, and agree with each other and with others known and unknown to the Grand Jury to obstruct, delay, and affect commerce and the movement of an article and commodity in commerce by robbery, as that term is defined in 18 U.S.C. § 1951(b)(1), by the unlawful taking of narcotics from the person and presence of victims.

18 U.S.C. § 1951(a)
18 U.S.C. § 2

## COUNT THREE

7. The Grand Jury for the District of Maryland charges that:

On or about March 7, 2019, in the District of Maryland, the defendant,

**CORTEZ WEAVER, a/k/a "Corty," a/k/a "Tez,"**

did knowingly possess a firearm in furtherance of a drug trafficking crime, namely conspiracy to distribute and possess with intent to distribute heroin, in violation of 21 U.S.C. § 846, as charged in Count One of this Indictment, which is incorporated by reference.

18 U.S.C. § 924(c)
18 U.S.C. § 2

4

## COUNT FOUR

8.  The Grand Jury for the District of Maryland charges that:

On or about March 7, 2019, in the District of Maryland, the defendant,

**JAMAL JACKSON,**

did knowingly possess a firearm in furtherance of a drug trafficking crime, namely conspiracy to distribute and possess with intent to distribute heroin, in violation of 21 U.S.C. § 846, as charged in Count One of this Indictment, which is incorporated by reference.

18 U.S.C. § 924(c)
18 U.S.C. § 2

_____
ROBERT K. HUR
UNITED STATES ATTORNEY

A TRUE BILL:

March 20, 2019
Date

**SIGNATURE REDACTED**
Foreperson

5