# OFFICE OF THE FEDERAL PUBLIC DEFENDER
# DISTRICT OF MARYLAND

NORTHERN DIVISION
TOWER II, 9th FLOOR
100 SOUTH CHARLES STREET
BALTIMORE, MARYLAND 21201-2705
TEL: (410) 962-3962
FAX: (410) 962-0872

JAMES WYDA
FEDERAL PUBLIC DEFENDER

BRENDAN A. HURSON
ASSISTANT FEDERAL PUBLIC DEFENDER

February 11, 2021

**Via ECF**
The Honorable Richard D. Bennett
Judge, United States District Court
U.S. Courthouse
101 W. Lombard Street
Baltimore, MD 21201

Re: United States v. Cortez Weaver, No. 19-cr-144-RDB

Dear Judge Bennett:

I write to notify the Court that on Monday February 8, 2021, I informed Cortez Weaver of his right to file an appeal of his conviction and sentence and of his obligation to pay a $100 special assessment. I trust this correspondence satisfies the Court's oral order announced at the conclusion of Mr. Weaver's sentencing on February 2, 2021.

Sincerely,

/s/

Brendan A. Hurson
Assistant Federal Public Defender

cc: Cortez Weaver, Northern Neck Regional Jail