## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CORTEZ WEAVER, | * |
| Petitioner, | * |
| v. | *   Criminal Case: RDB-19-0144 |
| | (Related Civil Action: RDB-23-1720) |
| UNITED STATES OF AMERICA, | * |
| Respondents | * |
| | *** |

## ORDER

The above-captioned Motion to Vacate, Set Aside or Correct Sentence was received by the Clerk for filing on June 23, 2023. ECF 218. The government shall be required to file an Answer to the Motion to Vacate.

Accordingly, it is this 5th day of July, 2023, by the United States District Court for the District of Maryland, hereby ORDERED that:

1. The United States Attorney SHALL RESPOND to the Motion to Vacate within 60 days of the date of this Order;

2. Petitioner MAY FILE ANY REPLY to the Response on or before 28 days following the Government's Response;

3. The Response and any Reply SHALL BE DOCKETED electronically in the criminal case and, unless otherwise directed, nothing further should be filed in the civil case except the disposition;

4. Petitioner SHALL NOTIFY the Court and the government of any change of address;

5. The Clerk SHALL PROVIDE a copy of this Order to Petitioner and SHALL PROVIDE a copy of this Order, and a copy of the Motion to Vacate to Assistant United States Attorney Christina A. Hoffman, Office of the United States Attorney.

_____/s/_____
RICHARD D. BENNETT
United States District Judge